**Order entered March 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00596-CR
No. 05-14-00597-CR

**MICKEY ODELL GERALD II, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F07-72503-V, F07-72502-V**

## ORDER

The Court **REINSTATES** the appeals.

On January 29, 2015, we granted the motion of Lori Ordiway to withdraw as appellant's counsel and ordered the trial court to appoint new counsel to represent appellant in these appeals. We have received the trial court's order appointing Allan Fishburn to represent appellant. According, we **DIRECT** the Clerk to add Allan Fishburn as appellant's attorney of record on these appeals.

The clerk's and reporter's records have been filed. Accordingly, appellant's brief is due within thirty days of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Allan Fishburn and the Dallas County District Attorney's Office.

/s/     ADA BROWN
        JUSTICE